UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NOE TAVERAS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:15-cv-531 (VAB) |
| | : | |
| COMMISSIONER SCOTT SEMPLE, et al., | : | |
|     Defendants. | : | |

ORDER

    The plaintiff includes Chief of Medicine Dr. Castro as a defendant in this case. The Department of Correction Officer of Legal Affairs has informed the Court that there has never been a Chief of Medicine named Dr. Castro.

    The Court cannot effect service on this defendant without his correct name and current work address. The plaintiff is directed to file a notice containing this information. Failure to file the required notice within twenty (20) days from the date of this order will result in the dismissal of all claims against defendant Castro.

    **It is so ordered.**

    /s/ Victor A. Bolden
    Victor A. Bolden
    United States District Judge

Dated at Bridgeport, Connecticut: April 27, 2015.