UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NOE TAVERAS | : | CIVIL NO. 3:15CV00531(VLB) |
| | : | |
| v. | : | |
| | : | |
| SCOTT SEMPLE, ET AL | : | APRIL 16, 2018 |

### JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff, Noe Taveras, and the Defendants, Semple, Bona, Nancy B., Gebeno and Castro, hereby move jointly for entry of the Defendant's Motion for a Protective Order Involving DVD's, consented to by plaintiff's counsel David Rubin, and attached hereto as Exhibit A. In support of this motion, the parties represent as follows:

1. Plaintiff has requested that Defendants produce all videos of the alleged incident at issue in this action.

2. Defendants have agreed to produce all DVD's from the alleged incident(s), but raise concerns with respect to the unauthorized dissemination of the DVD's in light of the safety and security interests of the Department of Correction.

3. In order to enable Plaintiff's Counsel to obtain a copy of the DVD's, the parties have agreed to the entry of the stipulated protective order attached hereto as Exhibit A. The parties agree that the stipulated protective order attached hereto as Exhibit A adequately protects against the unauthorized dissemination or use of the DVD's.

WHEREFORE, the parties respectfully request that the protective order attached hereto as Exhibit A be entered as the protective order applicable to the DVD's in this matter.

PLAINTIFF,
NOE TAVERAS.

By: _____
David W. Rubin
600 Summer St., Suite 201
Stamford, CT 06901
203-353-1404
Fax: 203-357-7208

By: _____
Jonathan Daniel Jacobson
The Law Offices of Daniel Rubin
600 Summer Street, Suite 201
Stamford, CT 06901
203-353-1404

GEORGE JEPSEN
ATTORNEY GENERAL

By: /s/ Robert B. Fiske, III
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct28862
E-Mail: robert.fiske@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591
Their Attorney

## CERTIFICATION

I hereby certify that on May 15, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert B. Fiske, III
Robert B. Fiske, III
Assistant Attorney General